# Court of Appeals
# of the State of Georgia

ATLANTA,  December 22, 2014

*The Court of Appeals hereby passes the following order:*

## A14A2186.  LINDA BULLOCK v. HOMEQ SERVICING CORPORATION f/k/a TMS MORTGAGE, INC. d/b/a THE MONEY STORE, et al.

After HOMEQ Servicing Corporation sought to foreclose four properties owned by Linda and James Bullock, the parties entered a Settlement Agreement in 2006, wherein the Bullocks agreed to make monthly payments of $2,462.77 into the registry of the trial court until the loans were paid in full or reinstated.  HOMEQ filed a motion to draw down funds, after the Bullocks failed to continue to make monthly payments.  The trial court granted the motion, and Linda Bullock, appearing pro se, filed this direct appeal.  We lack jurisdiction.

The record before us contains no final order disposing of this case in superior court.  Because the case remains pending below, the trial court's order granting the motion to draw down funds is interlocutory.  See *Grange Mut. Cas. Co. v. Riverdale Apartments*, 218 Ga. App. 685, 686 (463 SE2d 46) (1995). Therefore, Linda Bullock was required to follow the interlocutory application procedures set forth in OCGA § 5-6-34 (b), which include obtaining a certificate of immediate review from the trial court.  Her failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED. See id.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  12/22/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*